

```
FILED
AUG 27 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No CR-12-210-AWI |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| JOSE CRISTOBAL LOPEZ AMAYA ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on August 27 2012 TO 2 MONTHS, (TIME SERVED)

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH . A certified Judgment and Commitment order to follow.

DATED: 8-27-12

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1